MASON BD's MONGOLIAN Grill
Period Budget

Sales     — 128,000
Discounts —   4,096
            123,904 — Net

Food Cost —   42,139
Labor Cost —  39,660
Controlables — 3,841
Utilities —   18,878
G & A    —    2,849
CAM      —    3,695
             111,062

Sales —    123,904
Expenses — 111,062
            12,842